PHILIP WORMDAHL (#12720)
THE SALT LAKE LAWYERS
405 South Main Street, Ste. 930
Salt Lake City, Utah 84111
T: (801) 590-7555
F: (801) 384-0825
E: Robert@thesaltlakelawyers.com

KELLY FOWLER (#13213)
KELLY A. FOWLER, ATTORNEY AT LAW
32 West 200 South, Ste. 614
Salt Lake City, Utah 84101
T: (801) 520-6995
F: (801) 747-6849
E: fowlerlegal@live.com

MARK J. GERAGOS (Cal. SBN #108325)
BEN J. MEISELAS (Cal. SBN #277412)
GERAGOS & GERAGOS
644 S Figueroa St
Los Angeles, California 90017
T: (213) 625-3900
F: (213) 625-1600
E: geragos@geragos.com
*Pro Hac Counsel*

*Attorneys for THE ESTATE OF DILLON TAYLOR, CODY TAYLOR, JERRAIL TAYLOR, TEESHA TAYLOR, and ADAM THAYNE*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE ESTATE OF DILLON TAYLOR; *et al.*;<br><br>Plaintiffs,<br><br>v.<br><br>SALT LAKE CITY; *et al.*,<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>Case No. 2:15-cv-00769-DN<br><br>Judge David Nuffer<br><br>Magistrate Brooke C. Wells |

NOTICE IS HEREBY GIVEN that Plaintiffs The Estate of Dillon Taylor, Cody Taylor, Jerrail

Taylor, Teesha Taylor, and Adam Thayne, by and through undersigned counsel, hereby appeal to

the United States Court of Appeals for the Tenth Circuit from the Court's Memorandum

Decision and Order Granting Motion for Summary Judgment, entered May 17, 2019 (Dkt. 64).

RESPECTFULLY SUBMITTED this 16th day of June, 2019.

/s/ Mark J. Geragos
MARK J. GERAGOS
GERAGOS & GERAGOS
644 Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Email: geragos@geragos.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2019, I caused to be served the foregoing Plaintiffs'

**NOTICE OF APPEAL** upon the following:

Catherine L. Brabson, Esq.
Mark E. Kittrell, Esq.
Salt Lake City Attorney's Office
451 S. State St., Rm 505a
Salt Lake City, Utah 84114
E: Catherine.Brabson@slcgov.com